# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 6, 2024

_____

## DOCKET CORRECTION NOTICE

_____

No.    23-2214,      <u>ICG Tygart Valley, LLC v. DOWCP</u>
                         22-0328 BLA, 22-0328 BLA-A, 20-05528 BLA

TO:    James Allen Braham

BRIEF CORRECTION DUE: March 11, 2024

Please make the correction identified below and file a corrected document by the due date indicated.

---

[x] All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local Rules 28(a) & 28(d). This filing is in violation of the briefing requirements and must be remedied by corrected brief or by motion to file separate briefs within 5 days.

---

[x] Brief is not text-searchable and brief citations to the joint appendix are not working. Briefs must be filed as a text-searchable PDF. Please refer to **[Appendix Pagination & Brief Citation Guide](#)** to correct.

---

Cyndi Halupa, Deputy Clerk
804-916-2704